UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DEBORAH MORENO AND JOHN MORENO          CIVIL ACTION NO._____

V.                                      JUDGE:_____

LIBERTY MUTUAL INSURANCE                MAGISTRATE:_____
COMPANY, PROGRESSIVE SECURITY
INSURANCE COMPANY AND ABBAS
K. AMINI

## NOTICE OF REMOVAL

Defendant, Abbas K. Amini and Liberty County Mutual Insurance Company, erroneously

referred to as Liberty Mutual Insurance Company, respectfully represents:

1.

According to the face of the Petition for Damages, Plaintiffs, Deborah Moreno and John

Moreno are citizens of the State of Louisiana and are domiciled in Calcasieu Parish

2.

Defendant, Abbas K. Amini is domiciled in Sugarland, Texas.

3.

Defendant, Liberty County Mutual Insurance Company is a company organized under the

laws of the State of Texas and for federal court jurisdiction/diversity of citizenship disclosure

purposes, the principal place of business is 175 Berkeley Street, Boston, Massachusetts.

4.

This civil action is a matter over which this Court has original jurisdiction by virtue of

Diversity of Citizenship (28 USC §1332) and is one which may be removed to this Court under

the provisions of 28 USC §1441 et seq., in that it is a civil action wherein diversity of citizenship

NOTICE OF REMOVAL                                      Page 1 of 6
*Deborah Moreno, et al v. Liberty Mutual Insurance company, et al*

exists between the plaintiffs Deborah Moreno and John Moreno and all proper defendants, Liberty County Mutual Insurance Company, erroneously referred to as Liberty Mutual Insurance Company and Abbas Amini with the requisite amount in controversy being present for the claims, as the plaintiffs present in their Petition for Damages.

5.

On or about January 17, 2019, Plaintiffs, Deborah Moreno and John Moreno, filed a Petition for Damages in Louisiana state court in the action titled *Deborah Moreno, et al, vs. Liberty Mutual et al*, bearing docket number 2019-0298, in the 14th Judicial District Court, Calcasieu, Louisiana (Petition attached as "Exhibit A"). Service of process was made on Liberty County Mutual Insurance Company, erroneously referred to as Liberty Mutual Insurance Company on February 18, 2019 through the Louisiana Secretary of State as its agent for service of process. (Service return on Liberty attached as "Exhibit B"). Service of process was made on Abbas Amini, via the Louisiana Long Arm Statute on February 1, 2019 (Affidavit of Service attached as "Exhibit "C"). Progressive Security was originally named as a defendant in the Petition for Damages and served on February 18, 2019 (Service return on Progressive attached as "Exhibit D").

6.

Plaintiffs' petition alleges unspecified personal injuries and damages as a result of a motor vehicle accident on March 15, 2018 on I-10 eastbound near milepost 26.9 in Calcasieu Parish, Louisiana involving Defendant, Abbas K. Amini. The Petition further alleges that the damages sustained by Plaintiff, Deborah Moreno are not less than $50,000.

7.

The Fifth Circuit has held that if it is facially apparent from plaintiffs' state court petition that the amount in controversy for diversity jurisdiction purposes exceeds $75,000 at the time of

removal, the matter is subject to removal to Federal Court. *Gebbia v. Wal-Mart Stores, Inc.*, 233 *F.3rd 880* (5th Cir. 2000). Defendants herein submits that it is not facially apparent from the plaintiffs' petition that the amount in controversy exceeds $75,000. Plaintiffs pleaded that the amount in controversy exceeds $50,000 and did not avail themselves of the opportunity under La. C.C.P. 893 A. (1) to plead that the amount in controversy did not exceed the amount required to establish federal jurisdiction.

8.

The time within which defendant may remove this case has not elapsed. Pursuant to 28 USC § 1446(b)(3), a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of any paper from which it may first be ascertained that the case is one which may be removable.

9.

Defendants filed an Answer and Request for Trial by Jury to the Petition for Damages on April 29, 2019 (Answer and Request for Trial by Jury Attached as "Exhibit E").

10.

Progressive Security Insurance Company was dismissed without prejudice by the plaintiffs on April 10, 2019 (Dismissal attached as "Exhibit F").

11.

On April 22, 2019, Defendants propounded Request for Admission of Fact to the Plaintiff, seeking to determine the amount in controversy. On May 6, 2019, Defendants received Plaintiff's Response to Request for Admission of Fact denying that the claims of Deborah Moreno contained in the Petition for Damages do not exceed $75,000, exclusive of interest and costs (Response to Request for Admission of Fact attached as "Exhibit "G"). This was the first notice that the claims

of Deborah Moreno exceed $75,000 exclusive of interest and costs and that the case was removable.

12.

Thirty days have not yet elapsed since May 6, 2019, when Defendants received the aforementioned Response to Request for Admission of Fact.

13.

Pursuant to 28 USC § 1446(d), upon filing of this notice of remove, written notice of the filing of the removal is being given to counsel for Plaintiff and the Clerk of Court for the 14th Judicial District Court, Calcasieu Parish, State of Louisiana (Attached as "Exhibit "H").

14.

Defendants pray for a trial by jury.

15.

Pursuant to 28 USC § 1446(a), copies of all process, pleadings and orders served upon and filed by Defendants, Liberty County Mutual Insurance Company and Abbas K. Amini in the State Court action are attached hereto. (See Notice of Compliance attached as "Exhibit "I").

WHEREFORE, Defendants, Liberty County Mutual Insurance Company and Abbas K. Amini, respectfully prays that this Notice of Removal be accepted as good and sufficient and that this Court enter such order or orders as may proper in the premises.

**SIGNATURE BLOCK ON NEXT PAGE**

Respectfully submitted,
MICKEY S. deLAUP, APLC


_____s/Raymond P. Augustin, Jr.____
RAYMOND P. AUGUSTIN, JR., #2610
2701 Metairie Road
Metairie, Louisiana 70001
Telephone: (504) 828-2277
Facsimile: (504) 828-2233
Email:  raugustin@delauplawfirm.com
*Attorneys for Liberty County Mutual
Insurance Company and Abbas K. Amini*


## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to counsel. I further certify that I sent foregoing pleading on all known counsel for all parties to this proceeding, by e-mail transmission; and/or facsimile; and/or hand delivery; and/or by mailing same by United States mail, properly addressed and first-class postage prepaid.

_____s/Raymond P. Augustin, Jr.____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DEBORAH MORENO AND JOHN MORENO | CIVIL ACTION NO._____ |
| V. | JUDGE:_____ |
| LIBERTY MUTUAL INSURANCE COMPANY, PROGRESSIVE SECURITY INSURANCE COMPANY AND ABBAS K. AMINI | MAGISTRATE:_____ |

**CERTIFICATE OF FILING NOTICE OF REMOVAL AND SERVICE**

STATE OF LOUISIANA

PARISH OF JEFFERSON

**RAYMOND P. AUGUSTIN, JR.,** the undersigned attorney for Defendants, Liberty County Mutual Insurance Company and Abbas K. Amini, filed the forgoing Notice of Removal with the Clerk of Court in Calcasieu Parish, State of Louisiana. I do hereby certify that on this 31st day of May, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on this 31st day of May 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to counsel. I further certify that I sent foregoing pleading on all known counsel for all parties to this proceeding, by e-mail transmission; and/or facsimile; and/or hand delivery; and/or by mailing same by United States mail, properly addressed and first class postage prepaid.<br><br>____s/Raymond P. Augustin, Jr.__ | Respectfully submitted,<br>MICKEY S. deLAUP, APLC<br><br>_____s/Raymond P. Augustin, Jr.__<br>RAYMOND P. AUGUSTIN, JR., #2610<br>2701 Metairie Road<br>Metairie, Louisiana 70001<br>Telephone: (504) 828-2277<br>Facsimile: (504) 828-2233<br>Email: raugustin@delauplawfirm.com<br>*Attorneys for Liberty County Mutual Insurance Company and Abbas K. Amini* |